**Ronald Lee STEWART, Appellant,**

v.

**STATE, Appellee.**

No. 29052.

Court of Criminal Appeals of Texas.

May 1, 1957.

Jack W. Knight, Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Robbery with firearms is the offense; the punishment, five years in the penitentiary.

Accompanying the record is the personal affidavit of appellant, requesting the dismissal of his appeal. The request is granted.

The appeal is dismissed.